JOAN E. KAROL v. JOHN B. KAROL.

May 22, 1984.

Petition for certification denied.

437 LAND COMPANY v. PAUL & MARGARET BERTUCCIO.

May 22, 1984.

Petition for certification denied.

IN THE MATTER OF THE ESTATE OF HARRY
FISCHMAN, DECEASED.

May 22, 1984.

Petition for certification denied.

LAWRENCE E. MCHUGH v. HACKENSACK PUBLIC SCHOOLS.

May 22, 1984.

Petition for certification denied.